No. 1205.

B. H. FLASPOLLER VS. BLANCHE SITTIG, WIFE, ET AL.

After a cession of property made by an insolvent to his creditors, who accept the surrender and elect a syndic, the insolvent has no right to sue for damages sustained previous to the cession, in consequence of the wrongful issue of an attachment.   A right to such damages, if really suffered, is property and passes to the creditors of the surrender.   The syndic alone has a right to sue for and recover the same.   An exception to such right of action by the insolvent, filed by the attaching creditor, is well founded and should be sustained.

APPEAL from the Thirteenth District Court, Parish of St. Landry. *Hudspeth*, J.

*Gil & Perrault* and *K. Baillio* for Plaintiff and Appellee.

*L. J. Tansey* and *John N. Ogden* for Defendants and Appellants.

The opinion of the Court was delivered by BERMUDEZ, C. J.